1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
9
10  THOMAS A. CLARK,

11              Plaintiff,                          Case No. C08-5507BHS

12       v.                                          ORDER ADOPTING REPORT
                                                     AND RECOMMENDATION
13  ELDON VAIL, et al.,

14              Defendants.

15          This matter comes before the Court on the Report and Recommendation of the

16  Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9) and Plaintiff's

17  Objections to the Report and Recommendation (Dkt. 10). The Court has considered the

18  Report and Recommendation, Plaintiff's objections, and the remaining record.

19          Plaintiff objects to the dismissal of his complaint with prejudice. Dkt. 10 at 2.

20  Plaintiff, however, cites the proposed order that was filed with the Report and

21  Recommendation. *See* Dkt. 9-2. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the Court will

22  dismiss Plaintiff's complaint without prejudice.

23          Therefore,

24          It is hereby **ORDERED** that:

25          (1)    The Court adopts the Report and Recommendation; and

26
27
28  ORDER – 1

(2)     This action is **DISMISSED without prejudice** per Plaintiff's request for

voluntary dismissal (Dkt. 8)

DATED this 29th day of October, 2008.


_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2