# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS A. CLARK

        v.

ELDON VAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5507BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** per Plaintiff's request for voluntary dismissal (Dkt. 8).

| | |
|---|---|
|   October 31, 2008 |     BRUCE RIFKIN |
| Date | Clerk |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |